PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Darrell Woods          Cr.: 05-00267-01

Name of Sentencing Judicial Officer: The Honorable Garrett E. Brown, Jr.

Date of Original Sentence: March 6, 2009

Original Offense: Wire Fraud (one count), Money Laundering (one count)

Original Sentence: 24 months in BOP custody on each count, concurrent to each other. Three years supervised release. Special conditions: financial disclosure, no new debt, DNA collection. $154,000 restitution to be paid at a rate of no less than $300 per month, $200 Special Assessment.

Type of Supervision: Supervised Release          Date Supervision Commenced: January 14, 2011

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

1   The offender has violated the supervision condition which states, 'As a condition of supervision, you are instructed to pay a Special Assessment in the amount of $200; it shall be due immediately. Restitution in the amount of $154,000 is also ordered; it shall be paid in monthly installments of no less than $300.'

Since beginning his term of supervised release on January 14, 2011, Mr. Woods has paid a total of $50 toward his financial obligations (a single payment of $50 was credited by the Clerk's Office on March 22, 2011).

PROB 12A - Page 2
Darrell Woods

U.S. Probation Officer Action:

Mr. Woods recently submitted to a financial investigation conducted by the U.S. Probation Office, which has revealed that his net monthly household income is approximately $1,500 and his necessary monthly expenses total $1,578 (several bills currently go unpaid each month, explaining his negative cash flow). Additionally, he has virtually no assets and debts in excess of $375,000, which includes a balance on his mortgage of approximately $357,700. Mr. Woods' home is currently in foreclosure due to the fact that he is nearly two years delinquent on mortgage payments; he informed the probation officer that his wife fell behind in making payments while he was incarcerated. According to documents procured by the probation office, the foreclosure is currently pending action in the New Jersey Superior Court, Chancery Division.

Since being released from custody, Mr. Woods has been working part-time as a maintenance man at his church, Cecil Deliverance Tabernacle in Williamstown, New Jersey. He has been seeking other employment and his assigned probation officer will be assisting him with his job search using resources available through the district's Offender Workforce Development program. Mr. Woods is residing in Berlin with his wife and three children and, with the exception of the infraction noted herein, he has fully complied with the terms of his supervision thus far.

At this time, we are seeking to notify the Court of Mr. Woods' inability to make payments in accordance with the Court-ordered schedule and respectfully request that the Court consider accepting restitution payments at the rate of $50 per month until such time as Mr. Woods' financial situation improves. The Court will be notified immediately of any change in his financial status which materially affects his ability to make payments toward his restitution and special assessment.

Respectfully submitted,

By: Joseph A. DaGrossa
U.S. Probation Officer
Date: April 1, 2011

JUL. 7. 2011 2:33PM US PROBATION OFF. NO. 8754 P. 5
Case 3:07-cr-00482-FLW Document 16 Filed 07/14/11 Page 3 of 3 PageID: 68

PROB 12A - Page 3
Darrell Woods

[✓] The Court has been informed of Mr. Woods's current inability to make payments in accordance with the schedule outlined at sentencing. His minimum monthly payment is hereby reduced to $50 until such time as his financial situation improves. The U.S. Probation Office is to immediately notify the Court of any change in Mr. Woods's financial status which would further impact his ability to pay restitution and his special assessment.

[ ] Submit a Request for Summons
[ ] Submit a Request for Warrant
[ ] Other

_____
Signature of Judicial Officer

July 13, 2011
Date